**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6555**

─────────────

EMMANUEL KING SHAW,

        Petitioner - Appellant,

    v.

BYRON WATSON, Warden,

        Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:09-cv-00876-CMH-IDD)

─────────────

Submitted:  February 26, 2026                    Decided:  March 3, 2026

─────────────

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Emmanuel King Shaw, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel King Shaw appeals the district court's order construing his Fed. R. Civ. P. 60(b) motion for relief from judgment as an unauthorized, successive 28 U.S.C. § 2254 petition and dismissing it for lack of jurisdiction.[*]  Our review of the record confirms that the district court properly construed Shaw's Rule 60(b) motion as a successive § 2254 petition over which it lacked jurisdiction because he failed to obtain prefiling authorization from this court.  *See* 28 U.S.C. § 2244(b)(3)(A); *McRae*, 793 F.3d at 397-400. Accordingly, we affirm the district court's order.

Consistent with our decision in *United States v. Winestock*, 340 F.3d 200, 208 (4th Cir. 2003), we construe Shaw's notice of appeal and informal brief as an application to file a second or successive § 2254 petition.  Upon review, we conclude that Shaw's claims do not meet the relevant standard.  *See* 28 U.S.C. § 2244(b)(2).  We therefore deny authorization to file a successive § 2254 petition.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] A certificate of appealability is not required to appeal the district court's jurisdictional categorization of a Rule 60(b) motion as an unauthorized, successive § 2254 petition. *United States v. McRae*, 793 F.3d 392, 400 (4th Cir. 2015).